■ JILL E. REED et al., Appellants, v CYNTHIA FRASER, M.D., et al., Respondents. (Appeal No. 3.) [858 NYS2d 923]—Appeal from an order of the Supreme Court, Wayne County (Thomas M. Van Strydonck, J.), entered June 7, 2007 in a medical malpractice action. The order denied the motion of plaintiffs for leave to reargue their motion to set aside the verdict in part and for a new trial.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]). Present—Hurlbutt, J.P., Martoche, Smith, Green and Pine, JJ.